**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:          The Creative Chateau, LLC v. The City of Houston

Appellate case number:     01-21-00327-CV

Trial court case number:   2019-44108

Trial court:                          215th District Court of Harris County

On June 21, 2021, appellant, The Creative Chateau, LLC, filed a notice of appeal from the trial court's April 19, 2021 "Order Granting [appellee, The City of Houston's] Motion for Summary Judgment" (the "April 19, 2021 judgment and permanent injunction"). On July 6, 2021, appellant filed an "Emergency Motion to Suspend Enforcement of Permanent Injunction Pending Appeal" in the trial court. The trial court denied appellant's motion on August 9, 2021.

On August 18, 2021, appellant filed, in this Court, an "Emergency Motion for Review of the Trial Court's Denial of Motion to Suspend Enforcement of the Judgment and Permanent Injunction Pending Appeal." *See* TEX. R. APP. P. 24.4(a)(4). In its motion, appellant requests that this Court "review the trial court's August 9, 2021 order denying [appellant's] emergency motion to suspend enforcement" of the judgment and permanent injunction pending appeal, and "suspend enforcement of the April 19, 2021 judgment and permanent injunction."

Appellant's motion includes a certificate of conference stating that the relief requested in the motion is opposed by the City of Houston. *See* TEX. R. APP. P. 10.1(a)(5), 10.3. Accordingly, we request appellee to file a response to appellant's motion for review of the trial court's denial to suspend enforcement of the April 19, 2021 judgment and permanent injunction. **Appellee's response, if any, is due within fourteen (14) days of the date of the date of this order**.

**We further temporarily stay enforcement of the trial court's April 19, 2021 judgment and permanent injunction pending further order of this Court**. *See* TEX. R. APP. P. 24.4(c).

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
                     ☑ Acting individually    ☐ Acting for the Court

Date: ___August 19, 2021___